# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUDA ANDERSON,<br><br>      Plaintiff,<br><br>v.<br><br>AIRCASTLE LIMITED, PETER V. UEBERROTH, RONALD W. ALLEN, GIOVANNI BISIGNANI, MICHAEL J. CAVE, DOUGLAS A. HACKER, JUN HORIE, TAKASHI KURIHARA, TAKAYUKI SAKAKIDA, RONALD L. MERRIMAN, AGNES MURA, CHARLES W. POLLARD, and MICHAEL J. INGLESE,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) **CASE NO.: 3:20-cv-00017**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Ruda Anderson ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  March 9, 2020               **LEVI & KORSINSKY, LLP**

                                          By: /s/ *Shannon L. Hopkins*
                                          Shannon L. Hopkins (CT29744)
                                          Sebastiano Tornatore (CT29679)
                                          1111 Summer Street, Suite 403
                                          Stamford, CT 06905
                                          Tel.: (203) 992-4523
                                          Fax: (212) 363-7171
                                          Email:  shopkins@zlk.com
                                                             stornatore@zlk.com

                                          - and -

        Donald J. Enright (to be admitted pro hac vice)
        Elizabeth K. Tripodi (to be admitted pro hac vice)
        1101 30th Street, N.W., Suite 115
        Washington, DC 20007
        Tel: (202) 524-4290
        Fax: (212) 363-7171
        Email:  denright@zlk.com
                etripodi@zlk.com

*Attorneys for Plaintiff*